

**ORDERED in the Southern District of Florida on September 15, 2016.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re | CASE NO.  14-11370-RAM |
| | CHAPTER   7 |
| DONALD JEROME KIPNIS, | |
| Debtor. | |
| | |
| BARRY E. MUKAMAL, as Chapter 7 Trustee, | |
| Plaintiff, | |
| vs. | ADV. NO. 16-01044-RAM |
| CITIBANK N.A. *et al*, | |
| Defendants. | |

```
                                    )
BARRY E. MUKAMAL, as                )
Chapter 7 Trustee,                  )
                                    )
            Plaintiff,              )
                                    )
vs.                                 )    ADV. NO. 16-01045-RAM
                                    )
DONALD JEROME KIPNIS, and           )
ANALIA KIPNIS,                      )
                                    )
            Defendants.             )
_____)
```

## ORDER SETTING BRIEFING
## SCHEDULE AND HEARING ON MOTIONS TO RECONSIDER

Upon review of the Defendant's Motions for Reconsideration of Order Denying Motions to Dismiss filed in both adversary proceedings [DE #50 in Adv. No. 16-1044 and DE #32 in Adv. No. 16-1045] (the "Motions to Reconsider"), it is-

**ORDERED** as follows:

1.  The Court will conduct a hearing on the Motions to Reconsider on **October 19, 2016, at 10:00 a.m.**, at the U.S. Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, FL  33128.

2.  The Plaintiff shall file a response to the Motions to Reconsider no later than **October 3, 2016**.

3.  The Defendant may file a reply in support of its Motions to Reconsider no later than **October 14, 2016**.

2

###

COPIES TO:

Corali Lopez-Castro, Esq.
Vincent F. Alexander, Esq.
2525 Ponce de Leon 9 F
Coral Gables, FL 33134
(counsel for the Plaintiff)


Peter D. Russin, Esq.
200 S Biscayne Blvd. #3200
Miami, FL 33131
(counsel for the Defendant, Analia Kipnis)